WILLIAM L. REYNOLDS, Appellant, *v.* SYLVESTER H. KNEELAND, Respondent.

(Argued June 22, 1893 ; decided October 3, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made February 18, 1892, which reversed a judgment in favor of plaintiff entered upon a verdict, reversed an order denying a motion for a new trial and ordered a new trial.

*William H. Arnoux* for appellant.

*Robert G. Ingersoll* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.